**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHERIF el-MASHAD, *et al.*,       :

          Petitioners,       :

      v.                    : Civil Action No. 05-0270 (JR)

GEORGE W. BUSH, *et al.*,       :

          Respondents.       :

## <u>ORDER</u>

Petitioners having been transferred from Guantanamo Bay so that they are no longer in United States custody, their petition for habeas corpus is **dismissed as moot.** <u>See</u>, *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detention at Guantanamo Bay*, 08-mc-0444 (Jan. 12, 2009) [Dkt. No. 79].

 

                               JAMES ROBERTSON
                     United States District Judge